IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CV 122-097 |
| STEVEN L. LEVERETT and KENNETH B. LEVERETT, | ) ) ) | |
| Defendants. | ) ) | |

**O R D E R**

In light of the pending Motion for Discharge, Dismissal, and Permanent Injunction, (doc. no. 15), and unopposed Motion for Release of Funds, (doc. no. 16), the Court **VACATES** its prior order requiring the parties to conduct a 26(f) conference and file a 26(f) report. (Doc. no. 17.)

SO ORDERED this 3rd day of November, 2022, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA